■ LAKE ONTARIO PRODUCTION CREDIT ASSOCIATION OF ROCHESTER, Appellant, v PARTNERSHIP OF CHESTER S. GROVE and Others, et al., Respondents. (Appeal No. 2.)—Order modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Lake Ontario Prod. Credit Assn. v Partnership of Grove* ([appeal No. 1], 138 AD2d 930 [decided herewith]). All concur, Callahan, J. P., not participating. (Appeal from order of Supreme Court, Niagara County, Cook, J.—conversion.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.